# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| COURTNEY SMITH, Individually and wife of Bradley Smith, deceased, and as Heir-at-law and on behalf of the heirs-at-law of Bradley Smith, deceased, and COURTNEY SMITH as the nature mother of A.M. SMITH, a minor, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) MONTGOMERY COUNTY, TENNESSEE, ) ) Defendant. ) | Docket No. 3:23-cv-00509<br><br>Judge Campbell<br>Magistrate Judge Holmes |

## JOINT MOTION FOR APPROVAL OF WRONGFUL DEATH AND MINOR SETTLEMENT

Come now the parties, Plaintiff COURTNEY SMITH, Individually and wife of Bradley Smith, deceased, and as Heir-at-law and on behalf of the heirs-at-law of Bradley Smith, deceased, and COURTNEY SMITH as the natural mother of A.M. SMITH,[1] a minor, and Defendant MONTGOMERY COUNTY, TENNESSEE, by and through counsel, and file this Joint Motion for approval of the settlement agreement reached at mediation, and in support of the same do state as follows:

1. COURTNEY SMITH is the proper representative of Bradley Smith, deceased, pursuant to Tennessee Code Annotated § 20-5-106 *et seq.*, Tennessee's Wrongful Death Statute as the surviving spouse of Bradley Smith. COURTNEY SMITH and Bradley Smith, Deceased, have

---

[1] The Plaintiff's Complaint and pleadings reference the minor child as "A.M. SMITH," although the Plaintiff advises that was a typographical error. The parties refer to the minor child as "A. SMITH" herein.

a daughter, A. SMITH, born in 2018. COURTNEY SMITH and minor A. SMITH are the only known heirs of Deceased Bradley Smith.

2. On April 3, 2022, Bradley Smith was arrested by officers with the Clarksville Police Department on an outstanding warrant for a probation violation. Bradley Smith was transported to and booked into the Montgomery County Jail. On April 12, 2022, Bradley Smith pled guilty to the probation violation and was sentenced to sixty (60) days with credit for thirteen (13) days already served. Bradley Smith returned to the Montgomery County Jail where he stayed until April 15, 2022, when he was found hanging in his Jail cell. Bradley Smith was transported to Tennova Healthcare-Clarksville where he subsequently died on April 17, 2022.

3. This lawsuit was originally filed in Tennessee state court on April 17, 2022, alleging claims pursuant to 42 U.S.C. § 1983 and state law claims of negligence. (Complaint, Doc. 1-1). The § 1983 claim alleges a violation of the Eighth Amendment to the U.S. Constitution for deliberate indifference to serious medical and mental health needs of Bradley Smith. Id. Defendant Montgomery County removed the case to this Court. (Notice of Removal, Doc. 1). The Plaintiff originally named several Defendants in this lawsuit: Montgomery County, Tennessee; Montgomery County, Tennessee Sheriff's Department; Sheriff John Fuson; John Doe #1; and John Doe #2. The Montgomery County, Tennessee Sheriff's Department, Sheriff John Fuson, John Doe #1, and John Doe #2 have all been dismissed from this lawsuit. (Orders, Docs. 8 & 37). Defendant MONTGOMERY COUNTY, TENNESSEE, is the only remaining Defendant in this case.

4. The Plaintiff also has a separate Tennessee state court lawsuit pending which was filed on August 2, 2022, alleging claims pursuant to Tennessee's Health Care Liability Act, Tenn. Code Ann. § 29-26-101 *et seq.* The Defendants remaining in the companion state court case are MONTGOMERY COUNTY, TENNESSEE, and Southern Health Partners, Inc., the contractual medical partner for the Montgomery County Jail. A copy of the Complaint and Amended Answers of Southern Health Partners and Montgomery County in the companion state court case are attached hereto as **Exhibits 1, 2, and 3** respectively. The state court has approved the settlement agreement outlined herein through an Order entered October 7, 2024, a copy of which is attached hereto as **Exhibit 4**.

5. The Plaintiff COURTNEY SMITH, Individually and wife of Bradley Smith, deceased, and as Heir-at-law and on behalf of the heirs-at-law of Bradley Smith, deceased, and COURTNEY SMITH as the natural mother of A. SMITH, a minor; Defendant MONTGOMERY COUNTY, TENNESSEE; and Southern Health Partners, Inc., a defendant in the companion state court lawsuit, participated in mediation in an attempt to resolve both this case and the companion state court lawsuit. The parties to this case were required to mediate the case pursuant to the Case Management Orders entered herein. Southern Health Partners, Inc.'s participation in mediation was voluntary. At the mediation, the parties agreed to settle the claims asserted against them for the total sum of THIRTY-TWO THOUSAND FIVE HUNDRED AND NO/100 Dollars ($32,500.00). Defendant MONTGOMERY COUNTY, TENNESSEE, agreed to pay TWENTY THOUSAND AND NO/100 Dollars ($20,000.00) to settle both this case and the companion state court case with SOUTHERN HEALTH PARTNERS, INC., contributing TWELVE THOUSAND FIVE HUNDRED AND NO/100 Dollars ($12,500.00) to settle the state court case. The payment

of THIRTY-TWO THOUSAND FIVE HUNDRED AND NO/100 Dollars ($32,500.00) by MONTGOMERY COUNTY, TENNESSEE, and SOUTHERN HEALTH PARTNERS, INC., as outlined above, represents a full and final settlement and release of all claims of the Plaintiff or any other beneficiaries who may have a right to recover under the wrongful death statutes for the death of Bradley Smith due to the allegations asserted in these two lawsuits. All parties agree this settlement is a compromise of all disputed claims, now known or unknown or asserted, and that the payment is not to be construed as, nor claimed to be any admission on the part of any party. The Plaintiff, having been fully advised by retained counsel, agrees to effect a final settlement and release of the claims of wrongful death of Bradley Smith as a result of the allegations asserted in these two lawsuits, having full knowledge of all of the facts pertinent to the value of the claim and the expectation of recovery and the ultimate litigation of the action with respect to such claim, and realizing that such settlement is a full and complete release of liability of the releasee, MONTGOMERY COUNTY, TENNESSEE, and Southern Health Partners, Inc., which is not a party to this lawsuit, to the Plaintiff individually, as wife of Bradley Smith, deceased, as Heir-at-law and on behalf of the heirs-at-law of Bradley Smith, deceased as natural mother of A. SMITH, a minor, and on behalf of all of the beneficiaries who may recover under the wrongful death statute as a result of the allegations asserted in these two lawsuits.

6. The attorney for the Plaintiff has incurred fees and expenses for bringing this lawsuit and the companion lawsuit in federal court and per a contract with the Plaintiff is entitled to reimbursement of those expenses from the settlement agreement reached. Said attorney's fees total TEN THOUSAND EIGHT HUNDRED THIRTY-THREE AND 33/100 DOLLARS

($10,833.33) plus expenses of SIX THOUSAND ONE HUNDRED SIX AND 68/100 DOLLARS ($6,106.68).

7. No estate has been opened for Deceased Bradley Smith. Plaintiff COURTNEY SMITH is the surviving spouse of Bradley Smith and therefore is the proper person to conclude this matter pursuant to Tennessee Code Annotated § 20-5-110. Pursuant to Tennessee Code Annotated § 20-5-106 *et seq.*, Tennessee's Wrongful Death Statute, COURTNEY SMITH, individually and wife of Bradley Smith, deceased, and as next kin of Bradley Smith is the proper person to conclude this matter, regardless of the beneficiaries who have or may have a right to recovery under the wrongful death statute, and COURTNEY SMITH has the power and has concluded the matter through compromise on behalf of all of the beneficiaries, now known or unknown.

8. COURTNEY SMITH is the natural mother of minor A. SMITH although she does not have legal care, custody, or control of the minor A. SMITH. While COURTNEY SMITH as the surviving spouse of Bradley Smith is the proper person to conclude the wrongful death claim on behalf of all beneficiaries, including minor A. SMITH, a copy of this Joint Motion is served upon Kimberly Smith, believed to the guardian of minor A. SMITH, at her last known address.

9. It would be in the manifest best interests of the Plaintiff COURTNEY SMITH, minor child A. SMITH, and Defendant that the Court find after considering all of the testimony presented in this cause and statement of counsel, that the Court approve this settlement and that justice does not require the appointment of a Guardian *ad litem*.

WHEREFORE, premises considered, these parties respectfully move this Honorable Court for entry of an Order that:

1. On behalf of the Plaintiff COURTNEY SMITH and any and all other beneficiaries of Deceased Bradley Smith, the Court ratify and approve this settlement and release in full and make it binding on all of the parties and all persons or other entities generally from this date forward.

2. COURTNEY SMITH is the proper person to conclude this matter pursuant to Tennessee Code Annotated § 20-5-106 *et seq.*, Tennessee's Wrongful Death Statute, regardless of the beneficiaries who have a right to recovery under the wrongful death statute, and COURTNEY SMITH has the power and has concluded the matter through compromise on behalf of all of the beneficiaries, now known or unknown. Justice does not require the appointment of a guardian *ad litem*.

3. The satisfaction of the agreed settlement amount shall constitute full and final discharge of all legal liability of any kind or type whatsoever for the wrongful death and any additional claims arising out of the events asserted in the lawsuits filed in the United States District Court for the Middle District of Tennessee, Docket No. 3:23-cv-00509, and in the Circuit Court for Montgomery County, Tennessee, at Clarksville, Docket No. MC-CC-23-CV-1683.

4. The Court find that the Attorneys for the Plaintiff, Louis P. Chiozza and Christopher W. Lewis, are entitled to their attorneys' fees and reimbursement of certain expenses incurred by

them in their representation of the Plaintiff. Said attorney's fees total TEN THOUSAND EIGHT HUNDRED THIRTY-THREE AND 33/100 DOLLARS ($10,833.33) plus expenses of SIX THOUSAND ONE HUNDRED SIX AND 68/100 DOLLARS ($6,106.68). Said amount shall be paid to the attorneys for the Plaintiff from the proceeds of the settlement once approved by this Court and the state court in the companion litigation.

5. Upon approval of the settlement agreement by this Court and the Tennessee state court, MONTGOMERY COUNTY, TENNESSEE, shall pay the sum of TWENTY-THOUSAND AND NO/100 Dollars ($20,000.00) to the Circuit Court Clerk of Montgomery County, Tennessee, as full and final satisfaction of the settlement of the Plaintiffs' claims stemming from the allegations asserted in these two lawsuits filed in the United States District Court for the Middle District of Tennessee, Docket No. 3:23-cv-00509, and in the Circuit Court for Montgomery County, Tennessee, at Clarksville, Docket No. MC-CC-23-CV-1683.

6. Upon approval of the settlement agreement by the state court in the companion litigation, Southern Health Partners, Inc., shall pay the sum of TWELVE THOUSAND FIVE HUNDRED AND NO/100 Dollars ($12,500.00) to the Circuit Court Clerk of Montgomery County, Tennessee, as full and final satisfaction of the settlement of the Plaintiffs' claims stemming from the allegations asserted in the companion state court lawsuit, Docket No. MC-CC-23-CV-1683.

7. The Circuit Court Clerk of Montgomery County, Tennessee, at Clarksville will be responsible for disbursement of the settlement funds. Upon receipt of the settlement funds from

MONTGOMERY COUNTY, TENNESSEE, and Southern Health Partners, Inc., the Circuit Court Clerk of Montgomery County, Tennessee, shall issue a draft payable to Louis P. Chiozza and Christopher W. Lewis, the attorneys for the Plaintiff, in the amount of SIXTEEN THOUSAND NINE HUNDRED FORTY AND 01/100 Dollars ($16,940.01) for the payment of their attorneys' fees and expenses incurred in their representation of the Plaintiff in these two lawsuits.

8. The settlement funds remaining after payment of the attorneys' fees and expenses of the Plaintiff incurred in their representation of the Plaintiff in these two lawsuits total FIFTEEN THOUSAND FIVE HUNDRED FIFTY-NINE AND 99/100 DOLLARS ($15,559.99), which is to be split evenly between the two heirs and beneficiaries of deceased Bradley Smith, specifically Plaintiff COURTNEY SMITH and minor A. SMITH, pursuant to the laws of intestate succession.

9. Upon receipt of the settlement funds outlined in Paragraphs 5 and 6 and payment of the attorneys' fees and expenses outlined in Paragraph 7, the Circuit Court Clerk of Montgomery County, Tennessee, shall issue a draft payable to Courtney Smith, 517 Brown Street, Dyersburg, Tennessee 38024, in the amount of SEVEN THOUSAND SEVEN HUNDRED SEVENTY-NINE AND 99/100 DOLLARS ($7,779.99) for the distribution of her portion of the settlement funds.

10. Upon receipt of the settlement funds outlined in Paragraphs 5 and 6, payment of the attorneys' fees and expenses outlined in Paragraph 7, and payment to Courtney Smith for distribution of her portion of the settlement funds as outlined in Paragraph 9, the Circuit Court Clerk of Montgomery County, Tennessee, shall deposit the remaining funds of SEVEN THOUSAND SEVEN HUNDRED EIGHTY AND NO/100 Dollars ($7,780.00) into an interest

bearing account to be held for the benefit of the minor A. SMITH until the minor child reaches the age of majority.

11.    Each party will bear their own costs in this lawsuit.

12.    The entry of the Order approving this proposed settlement shall serve as a dismissal of the action of the Plaintiff COURTNEY SMITH, Individually and wife of Bradley Smith, deceased, and as Heir-at-law and on behalf of the heirs-at-law of Bradley Smith, deceased, and COURTNEY SMITH as the natural mother of A. SMITH, a minor, against the Defendant MONTGOMERY COUNTY, TENNESSEE, in its entirety with prejudice and shall serve as a final judgment in accordance with Rule 54.02 of the Federal Rules of Civil Procedure, as it resolves all claims amongst these parties and all beneficiaries of the Deceased Bradley Smith and there is no just reason for delay. The parties hereby approve and attached a proposed Order granting this Motion as **Exhibit 5**.

Respectfully submitted,

THE CHIOZZA LAW FIRM

*s/ Louis P. Chiozza*
Louis P. Chiozza (#8871)
Christopher W. Lewis (#031497)
*Attorneys for Plaintiff*
230 Adams Avenue
Memphis, TN 38103
(901) 526-9494
Lou@chiozzalaw.com
chris@chiozzalaw.com

Respectfully submitted,

LAW OFFICE OF W. TIMOTHY HARVEY

*s/ W. Timothy Harvey*
W. Timothy Harvey (#10469)
Rebecca J. Garman (#026317)
*Attorneys for the Defendant Montgomery County, Tennessee*
310 Franklin Street
Clarksville, TN  37040
(931) 552-0549
Fax (931) 552-0559
timharvey@wtharveylaw.com
rebeccagarman@wtharveylaw.com

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been mailed, postage prepaid, to

Kimberly Dawn Smith (at last known address)
297 Conrad Drive
Clarksville, TN 37042

on this the 14th day of October, 2024.

BY: s/ W. Timothy Harvey
    W. TIMOTHY HARVEY