IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **COURTNEY SMITH, individually and wife of Bradley Smith, deceased, and as heir-at-law and on behalf of the heirs-at-law of Bradley Smith, deceased, and COURTNEY SMITH as the natural mother of A.M. SMITH, a minor,**<br><br>    Plaintiffs,<br><br>v.<br><br>**MONTGOMERY COUNTY, TENNESSEE,**<br><br>    Defendant. | NO. 3:23-cv-00509<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

This is a wrongful death action brought against Montgomery County, Tennessee under 42 U.S.C. § 1983 and state law negligence claims. (*See* complaint, Doc. No. 1-1 at PageID # 5-14). Pending before the Court is the parties' jointly filed motion requesting approval of their settlement agreement in this matter, including their agreement as to attorney's fees. (Doc. No. 43).

The parties have not filed a settlement agreement for the Court's review or explained why Court approval of any such agreement is required. Nor have the parties filed a supporting memorandum addressing why the settlement agreement, including their agreement as to attorney's fees, is reasonable and should be approved. The parties also fail to provide any basis for their contention that "[i]t would be in the manifest best interests" of the minor child that the Court find "that justice does not require the appointment of a Guardian *ad litem*." (*Id*. ¶ 9). This is especially concerning given that Courtney Smith does not have legal care, custody, or control of the minor child. (*See id*. ¶ 8).

Accordingly, the motion for settlement approval (Doc. No. 43) is **TAKEN UNDER ADVISEMENT** pending additional filings from the parties in support their requested relief, including supporting documentation for their proposed attorney's fee award of $16,940.01.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE